JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAUN MARSHALL,<br><br>                     Petitioner,<br><br>      v.<br><br>SUPERIOR COURT LA COUNTY,<br><br>                     Respondent. | Case No. 2:21-cv-09521-AB-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, Dismissing Case Without Prejudice, and Denying a Certificate of Appealability,

IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

DATED: March 10, 2022

HONORABLE ANDRE BIROTTE JR.
United States District Judge